**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4
5
6
7   UNITED STATES DISTRICT COURT
8   Northern District of California
9   San Francisco Division
10
11  JOHN T. LAWTHER,
        Plaintiff,                     No. C 10-0054 RS
12     v.                                    **ORDER RE: ATTENDANCE**
13  ONEWEST BANK, FSB, et al.,
        Defendants.                    Date:      June 30, 2011
14  _____/         Mediator:  Val Hornstein
15
16    Before the court are two requests for telephonic appearance at the mediation scheduled for
17  June 30, 2011, before mediator Val Hornstein. Defendants OneWest Bank, FSB, and Mortgage
18  Electronic Registration Systems, Inc., and defendant Aztec Foreclosure Corporation have submitted
19  requests for their representatives to be excused from personal attendance at the mediation.
20    The court finds that neither request has made an adequate showing that requiring the
21  defendant representatives to attend the session in person would cause them "unnecessary or
22  otherwise unjustifiable hardship" as required by ADR L.R. 6-10(d). Accordingly, both requests are
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

DENIED. The court ORDERS that defendants' representatives, Charles Boyle for OneWest Bank, FSB and MERS, and Robbie Weaver for Aztec Foreclosure Corporation, appear in person at the mediation.

IT IS SO ORDERED.

June 13, 2011  By:  _____
Dated                   Elizabeth D. Laporte
                        United States Magistrate Judge