*E-Filed 6/17/11*

1  Stephen C. Chuck, Esq. SBN 119612
   schuck@foleymansfield.com
2  Tiffany M. Birkett, Esq. SBN 222390
   tbirkett@foleymansfield.com
3  **Foley & Mansfield PLLP**
   300 South Grand Ave., Suite 2800
4  Los Angeles, California 90071
5  Telephone: (213) 283-2100
   Facsimile: (213) 283-2101
6

7  Attorneys for Defendants
   **ONEWEST BANK, FSB and**
8  **MORTGAGE ELECTRONIC**
9  **REGISTRATION SYSTEMS, INC.**

10
          **UNITED STATES DISTRICT COURT**
11
          **NORTHERN DISTRICT OF CALIFORNIA**
12

13 | JOHN T. LAWTHER,                               ) Case No. 3-10-CV-00054 SC
14 |                                                )
15 |         Plaintiff,                             ) **STIPULATION TO CONTINUE DATE**
   |     vs.                                        ) **OF MEDIATION SESSION;**
16 |                                                ) **[PROPOSED] ORDER THEREON**
17 | ONEWEST BANK, FSB, a federally-                )
   | chartered third; MORTGAGE                      )
18 | ELECTRONIC REGISTRATION                        )
19 | SYSTEMS, INC., a California corporation,)
   | and DOES 1-100, inclusive,                     )
20 |                                                )
21 |         Defendants.                            )
22 |                                                )
   |                                                )
23 |                                                )
24 |                                                )
   |                                                )
25 |                                                )
26
27                                                  Complaint filed:   March 10, 2010
28

**STIPULATION TO CONTINUE DATE OF MEDIATION SESSION; [PROPOSED]
ORDER THEREON**

**TO THE COURT AND ALL PARTIES:**

Whereas on May 20, 2011 the parties, by and through counsel, conferred with the assigned mediator in this matter, Val Hornstein. The parties tentatively agreed to hold June 29, 30 and July 1, 2011 with a 10:00 a.m. PST start time for a mediation session.

Whereas Defendants OneWest Bank, FSB ("OneWest") and Mortgage Electronic Registration Systems, Inc. ("MERS") and Defendant Aztec Foreclosure Corporation (hereinafter collectively "Defendants") requested approval to appear via telephone at the mediation session in order to ease the burden and expense of appearing at the mediation, but were denied.

Whereas due to the denial of the telephonic appearance, OneWest and MERS are unable to appear at the currently scheduled date(s) set for mediation due to the fact that its representatives are otherwise spread thin at various NACA events across the country.

Whereas Plaintiff's counsel filed a notice of unavailability for the week of July 25, 2011, and Defendants learned during the course of scheduling the mediation that Plaintiff's counsel will be unavailable for the period of July 6, 2011 through August 3, 2011.

Whereas this Court ordered the parties to complete mediation within one hundred and twenty (120) days of April 5, 2011 (or August 3, 2011); however, based on the aforementioned scheduling issues the parties are unable to complete mediation prior to the currently scheduled mediation cut off date.

///
///
///
///

THEREFORE, the undersigned counsel hereby stipulate and agree as follows:

1. The current mediation cut-off date of August 3, 2011 can be continued to September 9, 2011.

DATED:  June 16, 2011                              FOLEY & MANSFIELD, P.L.L.P.


BY:  /s/ Tiffany M. Birkett
     Stephen C. Chuck
     Tiffany M. Birkett
     Attorneys for Defendants
     **ONEWEST BANK FSB and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

DATED: June 16, 2011

/s/ Breyon Davis
Breyon Davis
Attorney for Plaintiff

DATED: June 16, 2011                               WRIGHT FINLAY & ZAK, LLP

 /s/ Sonia Plesset
 Sonia Plesset
 Robin Wright
 Attorney for Defendant
 Aztec Foreclosure Corporation

IT IS SO ORDERED.

DATED:  6/17    , 2011

_____
RICHARD SEEBORG
U.S. DISTRICT JUDGE

**STIPULATION TO CONTINUE DATE OF MEDIATION SESSION; [~~PROPOSED~~] ORDER THEREON**