*E-Filed 10/27/11 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN T. LAWTHER,　　　　　　　　　　　　　　No. C 10-0054 RS

　　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER**

　v.

ONEWEST BANK, et al.,

　　　　　Defendants.
_____/

Based on the consent of all parties involved, this matter shall be hereby reassigned to a United States Magistrate Judge for all further proceedings. Upon reassignment, the pending motion for summary judgment shall be re-noticed.

IT IS SO ORDERED.

Dated: 10/26/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-0054 RS
ORDER