*E-Filed 10/27/11 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN T. LAWTHER,

      Plaintiff,

v.

ONEWEST BANK, et al.,

      Defendants.

No. C 10-0054 RS

**ORDER**

Based on the consent of all parties involved, this matter shall be hereby reassigned to a United States Magistrate Judge for all further proceedings. Upon reassignment, the pending motion for summary judgment shall be re-noticed.

IT IS SO ORDERED.

Dated: 10/26/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE