UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN T. LAWTHER,             No. C 10-00054 JCS

        Plaintiff(s),

   v.                                         **ORDER FOR JOINT STATEMENT OF UNDISPUTED FACTS**

ONEWEST BANK, FSB, et al.,

        Defendant(s).
_____/

        Defendants OneWest Bank, FSB and Mortgage Electronic Registration System, joined by Aztec Foreclosure Corporation, have filed a motion for summary judgment, or, in the alternative, partial summary judgment, which is set for hearing on January 27, 2012. The Court's Standing Order on Motions for Summary Judgment provides as follows:

> The parties shall file a joint statement of undisputed facts. If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree. Separate statements of undisputed facts shall not be filed and will not be considered by the Court.

Civil Standing Orders for Magistrate Judge Joseph C. Spero, Revised 11/15/10, ¶ 17. No joint statement of undisputed facts has been filed in support of the pending summary judgment motion.

        IT IS HEREBY ORDERED that the parties shall file a joint statement of undisputed facts in compliance with the Court's Standing Order by Wednesday, January 04, 2012. The parties are

cautioned that any party who objects to a proposed fact without a reasonable basis for doing so may be subject to sanctions.

IT IS SO ORDERED.

Dated: December 14, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge